IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| **CARRINGTON MORTGAGE SERVICES, LLC,** § § § | |
| **Plaintiff,** § § | |
| v. § § | Civil Action No. 6:19-cv-00060 |
| **ARTHUR PAUL SHEEHAN AND THE UNKNOWN HEIRS AT LAW OF MEMERY DAWN SHEEHAN, DECEASED,** § § § § § § | |
| **Defendants.** § | |

**MOTION FOR DEFAULT JUDGMENT
AGAINST DEFENDANTS ARTHUR PAUL SHEEHAN AND
THE UNKNOWN HEIRS AT LAW OF MEMERY DAWN SHEEHAN, DECEASED**

Plaintiff Carrington Mortgage Services, LLC ("Plaintiff" or "Carrington") files this its *Motion for Default Judgment Against Defendants Arthur Paul Sheehan and the Unknown Heirs at Law of Memery Dawn Sheehan, Deceased*, and respectfully shows as follows:

**I.**

1. Plaintiff is Carrington. Defaulted defendants are Arthur Paul Sheehan and the Unknown Heirs at Law of Memery Dawn Sheehan, Deceased ("Defendants").

2. Plaintiff filed its Original Complaint on July 2, 2019. (ECF Document No. 1.)

3. Defendant Arthur Paul Sheehan was served on July 9, 2019. (ECF Document No. 6.) Defendant Arthur Paul Sheehan's answer or other response to the Original Complaint was due on or before July 30, 2019. FED. R. CIV. P. 12(a)(1)(A)(i). Defendant Arthur Paul Sheehan has not answered or otherwise appeared in this action.

4.       Defendant the Unknown Heirs at Law of Memery Dawn Sheehan, deceased, were served by publication that occurred for four consecutive weeks in the Victoria Advocate starting on September 3, 2019 and ending on September 24, 2019. (ECF Docket No. 13.)  The unknown heir defendants' answer was due on October 7, 2019.  FED. R. CIV. P. 4(e); TEX. R. CIV. P. 114.  No previously unknown heirs answered and the attorney ad litem has elected not to file an answer.  (*See* ECF Docket No. 16 at ¶ 13.)  The parties conferred regarding this motion during the telephone conference with the Court on undersigned counsel conferred with the ad litem regarding this motion on November 26, 2019 and the ad litem stated that he was not opposed to the relief sought in this motion.

5.       The court clerk may enter default against a party who has not filed a responsive pleading or otherwise defended a suit.  FED. R. CIV. P. 55(a); *N.Y. Life Ins. Co. v. Brown*, 84 F.3d 137, 141 (5th Cir. 1996).

6.       Carrington has requested that the Clerk of this Court enter default against the Defendants because they did not file a responsive pleading within the time allowed by the applicable rule. *See* ECF Docket No. 19; FED. R. CIV. P. 12(a)(1)(A)(i).  The Defendants have not otherwise attempted to defend against the complaint.  *See* FED. R. CIV. P. 55.

7.       Carrington meets the requirements for obtaining an entry of default from the clerk as demonstrated by the Declaration of Dustin C. George attached hereto as Exhibit A and incorporated by reference for all purposes.

8.       Defendant Arthur Paul Sheehan is not on active duty military status. *See* Exhibit A-1.

9.       Carrington now asks the Court to render default judgment against Defendant Arthur Paul Sheehan.

## II.

10. The Court should render a default judgment defendants Arthur Paul Sheehan and the Unknown Heirs at Law of Memery Dawn Sheehan, deceased, because they did not file a responsive pleading or otherwise defend the claims against them. Such default constitutes an admission by defendant Arthur Paul Sheehan and the Unknown Heirs at Law of Memery Dawn Sheehan, deceased, of all allegations in Plaintiff's complaint. Thus, Carrington is entitled to a default judgment on liability and damages. With regard to the issue of damages, Carrington does not seek monetary damages against Defendant, but instead seeks a judgment allowing foreclosure of the real property commonly known as 1335 FM 3085, Victoria, Texas 77905 ("Property") and more particularly described as follows:

> BEING 9.219 ACRES OF LAND SITUATED IN THE JOHN HAYS SURVEY, ABSTRACT 180, IN VICTORIA COUNTY, TEXAS AND BEING A PORTION OF THAT CERTAIN 65.28 ACRES OF LAND CONVEYED TO SOPHIE NEISSER BY LAST WILL AND TESTAMENT OF HENRY NEISSER, DATED FEBRUARY 20, 1959 AND RECORDED IN VOLUME 112, PAGE 511, OF THE PROBATE RECORDS OF VICTORIA COUNTY, TEXAS, BY RESURVEY ON OCTOBER 1, 1976 FOUND TO BE 64.533 ACRES, SAID 9.219 ACRES OF LAND BEING MORE FULLY DESCRIBED BY METES AND BOUNDS ON EXHIBIT "A" ATTACHED HERETO AND MADE PART HEREOF.

Therefore, no hearing is necessary to establish the amount of Carrington's damages.

11. Additionally, Carrington requests that the Court enter the Statement of Evidence attached as Exhibit B. The statement of the evidence is supported by the statements and documents included with the complaint and admitted by Defendants upon their default. Such a Statement of the Evidence is required when unknown heir defendants are served by publication in accordance with Texas law. *See* TEX. R. CIV. P. 244.

## PRAYER

For these reasons, Carrington prays that this Court enter a default judgment against

defendants Arthur Paul Sheehan and the Unknown Heirs at Law of Memery Dawn Sheehan, deceased, on all claims against them in Carrington's complaint, and enter a judgment declaring that Carrington may enforce its lien interest in the Property through the Security Instrument and statutory probate lien shall be enforced by a non-judicial foreclosure in accordance with Texas Property Code section 51.002—or alternatively, a judicial foreclosure—and that, through the foreclosure, the defendants are divested and the purchaser at foreclosure sale is vested with of all of their right, title, and interest to the Property; enter the attached statement of the evidence; and grant further relief to which Carrington may be justly entitled at law or in equity.

Respectfully submitted,

/s/ Dustin C. George
**Dustin C. George**
Texas Bar No. 24065287
dustin.george@mwglegal.com
**MILLER, WATSON & GEORGE, P.C.**
5550 Granite Parkway, Suite 245
Plano, Texas 75024
Phone: (469) 518-4975
Fax: (469) 518-4972

*Attorney for Plaintiff Carrington Mortgage Services, LLC*

### CERTIFICATE OF CONFERENCE

The undersigned certifies that on the 26th day of November 2019, I conferred with attorney ad litem Jonathan R. Jackson regarding this motion for default judgment and he advised that he did not plan to file an answer and was unopposed.

/s/ Dustin C. George
**Dustin C. George**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the 4th day of December, 2019, a true and correct copy of the foregoing document was delivered via ECF service to the counsel of record listed below:

Jonathan R. Jackson
J. Jackson Law Offices
150 W. Parker Rd., Suite 201
Houston, TX 77076
jjacksonlawgroup@gmail.com

*Attorney Ad Litem for Defendants the Unknown Heirs at Law of Memery Dawn Sheehan*

                                        */s/ Dustin C. George*
                                        **Dustin C. George**