Case 6:19-cv-00060   Document 22   Filed on 07/02/20 in TXSD   Page 1 of 5

United States District Court
Southern District of Texas
**ENTERED**
July 06, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| CARRINGTON MORTGAGE SERVICES, LLC, | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 6:19-cv-00060 |
| ARTHUR PAUL SHEEHAN AND THE UNKNOWN HEIRS AT LAW OF MEMERY DAWN SHEEHAN, DECEASED, | § § § § § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

On this date the Court considered the *Motion for Default Judgment Against Defendants Arthur Paul Sheehan and the Unknown Heirs at Law of Memery Dawn Sheehan, Deceased* filed by Carrington Mortgage Services, LLC. After reviewing this motion, the Court grants the motion and finds as follows:

1.  Defendant Arthur Paul Sheehan failed to answer and judgment by default is appropriate against him.

2.  Defendants the Unknown Heirs at Law of Memery Dawn Sheehan, deceased, were served by publication and Jonathan R. Jackson was appointed attorney ad litem to represent them. Jonathan R. Jackson has elected not to file an answer and, as such, judgment by default is appropriate against the Unknown Heirs at Law of Memery Dawn Sheehan, deceased. It is therefore,

**ORDERED, ADJUDGED AND DECREED** that an event of default has occurred on that certain Note executed on or about March 14, 2007 by Arthur P. Sheehan in the principal amount

of $144,010.00 ("Note") payable to AmeriCare Investment Group, Inc. dba Premier Capital Lending. It is further,

**ORDERED, ADJUDGED AND DECREED** that that certain Deed of Trust dated March 14, 2007; signed by Arthur P. Sheehan and Memery Sheehan ("Decedent"); and recorded as document number 200703691 in the real property records of Victoria County, Texas (hereafter "Security Instrument"), provides Carrington Mortgage Services, LLC as the current holder of the Note and beneficiary of the Security Instrument, in the event of a default on the obligations on the Note, with a first lien security interest on that certain real property commonly known as 1335 FM 3085, Victoria, Texas 77905 ("Property") and more particularly described as follows:

> BEING 9.219 ACRES OF LAND SITUATED IN THE JOHN HAYS SURVEY, ABSTRACT 180, IN VICTORIA COUNTY, TEXAS AND BEING A PORTION OF THAT CERTAIN 65.28 ACRES OF LAND CONVEYED TO SOPHIE NEISSER BY LAST WILL AND TESTAMENT OF HENRY NEISSER, DATED FEBRUARY 20, 1959 AND RECORDED IN VOLUME 112, PAGE 511, OF THE PROBATE RECORDS OF VICTORIA COUNTY, TEXAS, BY RESURVEY ON OCTOBER 1, 1976 FOUND TO BE 64.533 ACRES, SAID 9.219 ACRES OF LAND BEING MORE FULLY DESCRIBED BY METES AND BOUNDS ON EXHIBIT "A" ATTACHED HERETO AND MADE PART HEREOF.

It is further,

**ORDERED, ADJUDGED AND DECREED** that the following are secured by the Security Instrument on the Property: the outstanding balance of the Note, including attorney fees; prejudgment interest; post-judgment interest; and costs of court. It is further,

**ORDERED, ADJUDGED AND DECREED** that Arthur Paul Sheehan and the Unknown Heirs at Law of Memery Dawn Sheehan, deceased, are heirs at law of Memery Sheehan, and are vested with the share of Memery Sheehan's right, title and interest in the Property. It is further,

**ORDERED, ADJUDGED AND DECREED** that due to event of default on the Note, Carrington Mortgage Services, LLC may enforce its statutory probate lien against the interests of

Arthur Paul Sheehan and the Unknown Heirs at Law of Memery Sheehan, deceased, in the Property through non-judicial foreclosure of the Property as provided in the Deed of Trust and section 51.002 of the Texas Property Code, or, alternatively, through judicial foreclosure. It is further,

**ORDERED, ADJUDGED AND DECREED** that Carrington Mortgage Services, LLC may further communicate with defendant and all third parties reasonably necessary to conduct the foreclosure sale. It is further,

**ORDERED, ADJUDGED AND DECREED** that this judgment is in rem and is not a personal judgment against Arthur Paul Sheehan and the Unknown Heirs at Law of Memery Sheehan, deceased. It is further,

**ORDERED, ADJUDGED AND DECREED** that any notices regarding the foreclosure of the Property to Arthur Paul Sheehan shall be mailed to him at the Property address and 75 Al Beamon Drive, Victoria, Texas 77905. It is further,

**ORDERED, ADJUDGED AND DECREED** that any notices regarding the foreclosure of the subject Property to the Unknown Heirs at Law of Memery Sheehan, deceased, shall be mailed to the Property address and to attorney ad litem Jonathan R. Jackson at J. Jackson Law Offices, 150 W. Parker Rd., Suite 201, Houston, Texas 77076. It is further,

**ORDERED, ADJUDGED AND DECREED** that ad litem Jonathan R. Jackson's reasonable attorney's fees are taxed as costs to be paid by Plaintiff. It is further,

**ORDERED, ADJUDGED AND DECREED** that the successful bidder at the foreclosure sale shall by vested with all of Arthur Paul Sheehan's and the Unknown Heirs at Law of Memery Sheehan, deceased's right, title and interest in the Property.

**ORDERED, ADJUDGED, AND DECREED** that any relief not specifically granted in this Judgment is DENIED and any Defendant not otherwise disposed of is DISMISSED.

SIGNED on this 2nd day of July, 2020.

Kenneth M. Hoyt
United States District Judge

EXHIBIT A (Legal Description)

BEING A 9.21 ACRE TRACT OF LAND SITUATED IN THE JOHN HAYS SURVEY, ABSTRACT 180, VICTORIA COUNTY, TEXAS, AND BEING THAT SAME TRACT CONVEYED FROM SOPHIE NEISSER TO BESSIE FRANCES REPKA DATED SEPTEMBER 4, 1981 AS RECORDED IN VOLUME 1131, PAGE 327 OF THE DEED RECORDS OF VICTORIA COUNTY, TEXAS SAID 921 ACRE TRACT BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS:

BEGINNING AT A 5/8 INCH DIAMETER IRON ROD FOUND FOR THE WEST CORNER OF THE HEREIN DESCRIBED TRACT, SAID IRON ROD BEING THE SOUTH CORNER OF A 9.21 ACRE TRACT CONVEYED FROM SOPHIE NEISSER TO ELEANOR ANN JACOBS AS RECORDED IN VOLUME 1131, PAGE 265 OF THE DEED RECORDS OF SAID COUNTY, AND ALSO BEING IN THE NORTHEAST RIGHT-OF-WAY LINE OF FARM TO MARKET 3085;

THENCE, NORTH 55°00'00" EAST, (BASIS OF BEARING), WITH THE SOUTHEAST LINE OF THE 9.21 ACRE JACOBS TRACT, A DISTANCE OF 1,843.53 FEET TO A 5/8 INCH DIAMETER IRON ROD FOUND FOR THE NORTH CORNER OF THE HEREIN DESCRIBED TRACT, SAID IRON ROD ALSO BEING THE EAST CORNER OF THE 9.21 ACRE JACOBS TRACT AND IN THE SOUTHWEST LINE OF A 42.0 ACRE TRACT CONVEYED FROM ROSALIE VANEK TO JAMES R. STASTNY, ET UX AS RECORDED IN VOLUME 515, PAGE 196 OF THE DEED RECORDS OF SAID COUNTY;

THENCE, SOUTH 34°50'33"'EAST, WITH THE SOUTHWEST LINE OF THE 42.0 ACRE STASTNY TRACT, A DISTANCE OF 217.87 FEET TO A 5/8 INCH DIAMETER IRON ROD WITH YELLOW PLASTIC CAP STAMPED "LANDTECH CONSULTANTS" SET FOR THE EAST CORNER OF THE HEREIN DESCRIBED TRACT, SAID IRON ROD ALSO BEING THE NORTH CORNER OF A 9.219 ACRE TRACT CONVEYED FROM SOPHIE NEISSER TO MABEL MARIE LEMKE AS RECORDED IN VOLUME 1133, PAGE 197 OF THE DEED RECORDS OF SAID COUNTY;

THENCE, SOUTH 55°00'00" WEST, WITH THE NORTHWEST LINE OF THE 9.219 ACRE LEMKE TRACT, A DISTANCE OF 1,842.89 FEET TO A 5/8 INCH DIAMETER IRON ROD WITH YELLOW PLASTIC CAP STAMPED "LANDTECH CONSULTANTS" SET FOR THE SOUTH CORNER OF THE HEREIN DESCRIBED TRACT, SAID IRON ROD ALSO BEING IN THE NORTHEAST RIGHT-OF-WAY LINE OF FARM TO MARKET 3085;

THENCE, NORTH 35°00'35" WEST, WITH THE NORTHEAST RIGHT-OF-WAY LINE OF FARM TO MARKET 3085, A DISTANCE OF 217.87 FEET TO THE POINT OF BEGINNING AND CONTAINING 9.21 ACRES OF LAND, MORE OR LESS.